## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Patricia Lathan

                         Plaintiff,

v.                                                    Case No.: 1:16−cv−02925

                                                       Honorable Jorge L. Alonso

I.C. System, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 9, 2016:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated in open court, and over defendant's objection, plaintiff's motion to dismiss with prejudice [34] is granted. This case is dismissed with prejudice. The briefing schedule on defendant's motion for sanctions [39] is as follows: plaintiff's response is due 8/23/16; defendant's reply is due 9/6/16. Plaintiff's Section 1927 motion is due 8/23/16. Defendant's response is due 9/6/16; plaintiff's reply is due 9/20/16. The motions will be taken under advisement when fully briefed and the court will issue a ruling electronically. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.