# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Patricia Lathan
                            Plaintiff,

v.                                           Case No.: 1:16−cv−02925
                                                          Honorable Jorge L. Alonso

I.C. System, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 15, 2016:

      MINUTE entry before the Honorable Jorge L. Alonso: Pursuant to the parties' joint notice of withdrawal, defendant's motion for sanctions [39] is withdrawn, and the briefing schedules on that motion and plaintiff's previously−anticipated motion for sanctions are vacated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.